

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2019

No. 04-19-00249-CV

**IN RE** James Brent **MANSFIELD**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
                  Patricia O. Alvarez, Justice
                  Irene Rios, Justice

On April 22, 2019, relator filed a petition for writ of mandamus and an emergency motion for stay of the trial court's Order on Motion for Temporary Orders Pending Appeal. On May 1, 2019, this court ordered that any response from the respondent and the real party in interest be filed in this court no later than May 16, 2019. We also denied relator's request for a stay.

On our own motion, we sua sponte reconsider our denial of the motion to stay. The motion is GRANTED and the trial court's April 1, 2019 Order on Motion for Temporary Orders Pending Appeal is STAYED pending disposition of this original proceeding.

It is so **ORDERED** on May 14, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 16-443CCL, styled *In the Interest of H.E.W.M., A Child*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.